FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

FEB 2 5 2014

D. MARK JONES, CLERK
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH   CENTRAL DIVISION

| | |
|---|---|
| USA<br><br>                    Plaintiff,<br><br>vs.<br><br>Warren Steed Jeffs<br><br>          Defendants. | ORDER<br><br><br>Case No. 2:07-cr-148 DB |

IT IS HEREBY ORDERED that the above captioned case filed be **administratively** closed and removed from the list of active pending cases. The case may be reopened upon motion by the Plaintiff or the by Defendants.

Dated this 25 day of February, 2014.

By  *Dee Benson*
    Dee Benson
    United States District Judge